| | | |
|---|---|---|
| AUSA: Christopher Rawsthorne | | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint    Special Agent: David Alley | | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
John Paul Ostrander

Case No.

Case: 2:21−mj−30076
Assigned To : Unassigned
Assign. Date : 2/12/2021
Description: USA V. JOHN PAUL OSTRANDER

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 22, 2020 and February 11, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Receipt of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

David M. Alley, Special Agent (HSI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 12, 2021__

_Judge's signature_

City and state: __Detroit, Michigan__   Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR AN ARREST WARRANT

I, David M. Alley, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS).  I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) in Detroit, Michigan with offices located at 477 Michigan Ave, Suite 1850, Detroit, Michigan. I have been employed with HSI since March, 2007.  I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification.

2.  This affidavit is made in support of a criminal complaint and arrest warrant for **John Paul OSTRANDER** (DOB XX/XX/1994) for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B), which

1

criminalize, among other things, the receipt and possession of child pornography and other related materials.

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for **John Paul OSTRANDER.**

## PROBABLE CAUSE

4. On or about June 18, 2020, members from the Victorian Joint Anti-Exploitation Team (JACET) executed a search warrant at the residential address of INDIVIDUAL 1 in Dandenong, Victoria, Australia, in relation to the sexual abuse of his 3 children and the distribution of child abuse material via the application KIK. As a result of the search INDIVIDUAL 1was arrested and charged with 177 child sex offences. Analysis of KIK chat logs has identified chats between INDIVDIUAL 1, using KIK profile 'ranga****' and other KIK users, during which INDIVIDUAL 1 transmits child abuse material depicting his three children and receives child abuse material from others. The material sent by INDIVIDUAL 1 includes live camera images and videos.

5.      During the analysis of KIK chat logs, Australian Law Enforcement observed the following conversation between INDIVIDUAL 1and KIK user 'jostrander1'.  This conversation appears to have occurred on or about May 22, 2020. This conversation was provided to HSI Detroit verbatim on January 19, 2021:

> 05/22/2020 6:33:33 pm: You added John from a group you are in together 'Family Fun Real'
>
> INDIVIDUAL 1: Hello
> Jostrander1: Hey
> INDIVIDUAL 1: You gf and girl are besutiful
> Jostrander1: Thanks
> INDIVIDUAL 1: You got more pics I csn show you my kids
>    *(INDIVIDUAL 1 sends an image described by Australian Law Enforcement as a picture of his three minor children. This does not appear to be child pornography)*
> Jostrander1: *(Jostrander1 sends an image of a female child described by Australian Law Enforcement as a female child, approximately 5 years old, long brown hair, wearing a purple and while dress with "San Antonio" on the front. This image was provided to me by Australian Law Enforcement and matches the description)[1]*
> INDIVIDUAL 1: Cute
> INDIVIDUAL 1: *(INDIVIDUAL 1sends an image described by Australian Law Enforcement as a naked female child shown from the neck down, lying on her back on a bed. This image was identified by Australian Law Enforcement as one of INDIVIDUAL 1's minor children.)*
> Jostrander1: You do anything with your kids or daughter
> Jostrander1: *(Jostrander1 sends an image of a female child described by Australian Law Enforcement as a female child, approximately 5 years old, brown hair, wearing multi-colored top and shorts, inside a gymnasium. This image was provided*

---

[1] This image of a clothed child shared by OSTRANDER was not his daughter, but another young female relative.

>    *to me described by Australian Law Enforcement and matches the description.)*
> INDIVIDUAL 1: Little bit
> Jostrander1: How old is your daughter
> INDIVIDUAL 1: 5 nearly 6
> INDIVDIUAL 1: You active with yours
> Jostrander1: Yes
> INDIVIDUAL 1: Nice
> INDIVIDUAL 1: Your gf do it to
> Jostrander1: No
> INDIVIDUAL 1: Ok
> INDIVIDUAL 1: *(INDIVIDUAL 1 sends a video of a naked male child in the shower, holding he shower head and spraying water on his body. A male is heard saying "c'mon buddy". The minor in this video was determined to be one of INDIVIDUAL 1's minor children)*
> INDIVIDUAL 1: *(INDIVIDUAL 1sends a video that was not described by Australian Law Enforcement)*
> Jostrander1: Nice
> INDIVIDUAL 1: You got more pics

6. On Or about October 21, 2020, an HSI Special Agent sent a summons to KIK for subscriber information for accounts known to have communicated with INDIVIDUAL 1, to include KIK account Jostrander1. On or about October 22, 2020, KIK responded to this summons with the following relevant information:

> First Name: John
> Last Name: F-250
> Email: john*************@yahoo.com (confirmed)
> Username: jostrander1

4

>   2019/02/21 02:25:19 UTC ACCOUNT_INFO FIRST_NAME="John"
>   2018/10/17 16:14:04 UTC ACCOUNT_INFO FIRST_NAME="J"
>   2014/11/19 22:40:36 UTC ACCOUNT_INFO
>       FIRST_NAME="Love"
>   2014/10/18 14:36:57 UTC ACCOUNT_INFO FIRST_NAME="My"
>   2013/01/06 23:04:40 UTC ACCOUNT_INFO
>       FIRST_NAME="emma"
>   2019/02/25 17:50:15 UTC ACCOUNT_INFO LAST_NAME="F-
>       250"
>   2019/02/22 00:58:57 UTC ACCOUNT_INFO LAST_NAME="Taken
>       cookie"
>   2019/02/22 00:58:46 UTC ACCOUNT_INFO
>       LAST_NAME="Taken"
>   2019/02/21 21:30:51 UTC ACCOUNT_INFO LAST_NAME="O"
>   2014/05/10 05:17:21 UTC ACCOUNT_INFO
>       LAST_NAME="Ostrander"
>   2014/11/21 14:25:51 UTC ACCOUNT_INFO
>       EMAIL=john************@yahoo.com (unconfirmed)

7. KIK also provided 30 days of IP addresses associated with this account. Of these, agents were only to obtain subscriber information from IP address 74.134.193.104, associated with this KIK account on October 21, 2020 at 23:05:46 UTC. This IP address was discovered to resolve to Charter Communications.

8. On or about November 18, 2020, a summons was sent to Charter Communications requesting subscriber information for IP addresses, to include address 74.134.193.104 at 23:05:46 on October 21, 2020. On or about November 23, 2020, Charter Communications responded to this summons and provided the

5

following relevant information:

> **Target Details 74.134.193.104, 10/21/2020 11:05:46 PM, GMT, 0**
> Subscriber Name: **********
> Subscriber Address: ********, TIFFIN, OH 44883-2033
> User Name or Features: ******@icloud.com
> Phone number: (586) 219-****
> Account Number: 82013916

9. Investigative efforts, to include checks of social media and open source records, reveal that the subscriber in paragraph 8 is engaged to John OSTRANDER. On or about January 19, 2021, I was contacted by agents with Homeland Security Investigations in Ohio who stated that OSTRANDER was likely currently residing in Michigan.

10. Using different investigative techniques, I was able to determine that OSTRANDER resided at a residence in Ferndale, Michigan. On February 10, 2021, I applied for and received a federal search warrant for that residence. On February 11, 2021, I, along with other HSI Special Agents and members of local law enforcement, executed this search warrant. Upon execution of the warrant, agents were told that OSTRANDER had departed for work prior to the execution of the warrant. His fiancée made contact with OSTRANDER and told him to return to the home and that "the police" were there. OSTRANDER returned to the residence shortly thereafter. OSTRANDER stated that his cellular telephone was in his vehicle and it was detained at this time. OSTRANDER consented to an interview with me at this time

11. At approximately 0655, I and another HSI Special Agent conducted an interview of OSTRANDER. In a post *Miranda* statement, OSTRANDER made the following pertinent, non-verbatim statements:

   a. OSTRANDER stated that he had resided at this location for approximately one and a half months. OSTRANDER stated that he believed that WOW (known to me as an abbreviation for Wide Open West) is his internet service provider.

   b. OSTRANDER identified his cellular telephone as a Samsung Galaxy Note 10 and provided me with written consent to search it. He provided the password as "1994". This password was found to be correct.

   c. OSTRANDER admitted to using john*************@yahoo.com as an email address. OSTRANDER admitted that his cousin had previously sent him what he believed to be child pornography to another email address of his, identified as john*************@gmailcom. OSTRANDER provided me written consent to search these email accounts.

   d. OSTRANDER admitted to using KIK and using, among other names, a username of "jostander". OSTRANDER estimated that the last time he utilized this account was the beginning of this month. OSTRANDER stated that the KIK application was no longer on his phone. OSTRANDER later provided me consent to search his KIK account, which he stated was "jostrander1" and provided the password to this account.

     OSTRANDER stated that he used "John F-250" as his name associated with this account.

e.   When asked what it meant to be "active" with his daughter, OSTRANDER stated he imagined it would be sexual. When asked when the last time he "pretended" to be active with his daughter he stated it was when "we last lived up here" 6 or 7 months ago.

f.   OSTRANDER admitted that he had seen child pornography on KIK. OSTRANDER initially stated that he had seen "teens" but later stated that he had seen children as young as "middle school" aged and "10 years old". OSTRANDER estimated that he had been looking at child pornography for a couple of years. OSTRANDER denied masturbating to child pornography.

g.   OSTRANDER estimated that KIK users had sent him child pornography "a handful" of times and that he could not tell me an exact number. OSTRANDER stated that sometimes people "expect you to send things back" and that "half the time" he deletes or blocks them. When asked about the other half of the time, and specifically how many times he had sent child pornography back, OSTRANDER stated that he would "forward" it, and estimated that he had done it once or twice.

h.   OSTRANDER initially estimated that the youngest videos he had sent involved 16 year olds. OSTRANDER estimated that the youngest he had ever been sent involved "middle school" aged kids, to include "naked ones". OSTRANDER later estimated that he had seen children as young as 10, both girls and boys. When asked if the videos described children being

8

assaulted, OSTRANDER stated that the children were being "sexually assaulted" and agreed when asked if they depicted adults having sex with children. When asked, OSTRANDER stated that he did not save any of these type of videos but that he would "forward" them via the KIK application. OSTRANDER stated that he did not forward these videos in a group setting, just to individual people. OSTRANDER then estimated that the youngest child pornography he had forwarded involved "at least 10" year olds. OSTRANDER stated that the child pornography did not always depict sexual assault but when asked agreed that some did. OSTRANDER estimated that the last time he sent child pornography via KIK was the beginning of this month. OSTRANDER stated that he utilized the "jostrander" username to do this and that he did it from his current residence in Michigan.

i. OSTRANDER identified the minor female described above in paragraph 5 as a young female relative of his. OSTRANDER stated that he got photos of this child off of Facebook. His fiancée confirmed this child's identity.

12. I have conducted a preliminary forensic review of the Samsung Note 10 belonging to OSTRANDER. During this review, I observed two images of child pornography. Both appear to be the same image and depicts what appears to be a prepubescent female child nude from the waist down. She is sitting in a chair with her legs spread and her bare vagina is visible. The forensic review of this device is ongoing.

9

## CONCLUSION

13. Your Affiant respectfully submits that there is probable cause to believe that **John Paul OSTRANDER (DOB XX/XX/1994)** violated Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B), which criminalize, among other things, the receipt and possession of child pornography and other related materials. Your affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for **John Paul OSTRANDER.**

Respectfully submitted,

David M. Alley, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:   February 12, 2021